CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 29 2006

JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

| | |
|---|---|
| KEITH JACOCKS, Plaintiff, | Civil Action No. 7:04-cv-00587 |
| v. | **FINAL ORDER** |
| BILL HEDRICK, et al., Defendant(s). | By: Hon. James C. Turk Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. All claims against the following defendants hereby **DISMISSED** without prejudice: Bill Hedrick, Glen Friss, Patrick Eldridge, David Myrad, Carlos Lopez, David Grieve, James Huff, William Cox, William Johnson, and Jimmy Baker; and

2. Defendants' motion for summary judgment is hereby **GRANTED**, and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to counsel of record for the parties.

ENTER: This 29th day of September, 2006.

/s/ James C. Turk
Senior United States District Judge